

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Eduardo Fuentes Y., Individually, and derivatively on behalf of Fox Holding Company, and derivatively on behalf of Texas International Gas & Oil Company, and derivatively on behalf of Centro Administrativo F-Siete, S.A. de C.V., and derivatively on behalf of Complejo Industrial Fuentes, S.A. de C.V., | § § § § § | No. 08-20-00093-CV<br><br>Appeal from the<br><br>County Court at Law No. 7<br><br>of El Paso County, Texas<br><br>(TC# 2016DCV0781) |
| Appellant, | § | |
| v. | § | |
| Cesar Fuentes, Individually and Derivatively on behalf of Texas International Gas & Oil Company, Fox Holding Company, Rosa Yamel Fuentes Y., individually and as Independent Executrix of the Estate of Rosa Magali Fuentes Yanar a/k/a Rosa Magali Fuentes Yanar, Centro Administrativo F-Siete, S.A. de C.V., and Complejo Industrial Fuentes, S.A. de C.V., | § § § § § | |
| Appellees. | § | |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee Cesar Fuentes, Individually and Derivatively on behalf of Texas International Gas & Oil Company's third motion for extension of time within which to file the brief until **April 4, 2021**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO

1

FILE THE APPELLEE CESAR FUENTES, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF TEXAS INTERNATIONAL GAS & OIL COMPANY'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Rene Ordonez, the attorney for Appellee Cesar Fuentes, prepare the Appellee's brief and forward the same to this Court on or before April 4, 2021.

IT IS SO ORDERED this 11th day of March, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.